# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 13, 2022

### NO. 03-20-00110-CR

**The State of Texas, Appellant**

**v.**

**Arthur Guilbault, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND TRIANA
REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment of conviction. Therefore, the Court reverses the district court's judgment of conviction and remands the case for further proceedings.